**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com

Attorneys for Stanley J. Kartchner, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| RENE R. GARCIA, | No. 4:14-bk-03635-SHG |
| Debtor. | **FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AND** *REQUEST FOR NOTICING THROUGH TRUSTEE'S FINAL REPORT* |

*I.* *GENERAL INFORMATION*.

Lane & Nach, P.C., (hereinafter "Attorney"), counsel for Stanley J. Kartchner, Chapter 7 Trustee in the above-captioned case (hereinafter "Trustee") makes its Final Application for Payment of Attorneys' Fees and Costs and *Request for Noticing Through Trustee's Final Report* ("Application"). In support of its Application, Attorney submits its billing statements for the period of August 31, 2020 through March 21, 2022, which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

*II.* *NARRATIVE SUMMARY*.

A. Background.

1. This case was commenced by voluntary petition filed on or about March 18, 2014. Thereafter, Stanley J. Kartchner was appointed Trustee.

2. Attorney's employment as counsel for the Trustee was approved by Order of this Court dated August 31, 2020.

3. Attorney has expended in excess of 31.40 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time said services were rendered, Attorney's total fees are $8,136.00. In addition, Attorney has incurred out-of-pocket expenses for which it is seeking

reimbursement in the sum of $5.40. The blended hourly rate is $325.00. The total amount sought by Attorney is as follows:

| Total Fees | $8,136.00 |
|---|---|
| Total Costs | $5.40 |
| Total | $8,141.40 |

4. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's Order Authorizing Trustee to Employ Attorney, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6. The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by certified bankruptcy specialists and other professionals of similar experience in Phoenix, Arizona.

| *Title* | *Name/Billing Code* | *Hourly Rate(s)* | *Year Admitted to Practice* |
|---|---|---|---|
| **Partner** | Adam B. Nach (ABN/Partner) | $345 | 1991 |
| **Associate** | Kris R. McDonald (KRM/Associate) | $275 | 2007 |
| **Paralegal** | Danica Acosta (DA/Paralegal) | $120 | N/A |
| **Paralegal** | Deb McKernan (DJM/Paralegal) | $170 | N/A |

7. This Application is filed more than 120 days after the Order for relief and more than 120 days after a prior application.

B. Case Status.

1. To the best of Attorney's information and belief, the approximate amount of cash on

hand or on deposit in this bankruptcy estate is $23,658.30.

2. Attorney is not aware of any other requests for compensation pending before this Court. To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses other than those applied for herein.

3. To the best of Attorney's information, there are no encumbered funds in the estate.

4. Trustee anticipates that the Notice of Proposed Distribution should be submitted on or before July, 2022.

C. Project Summary.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1. Case Administration. As more fully set forth in **Exhibit "A"**, Attorney has performed professional services with respect to the general administration of this bankruptcy estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred in the review of Debtor's statements and schedules filed with the Court. In connection with this subject area, Attorney expended a total of:

| *Title* | *Name* | *Hourly Rate(s)* | *Hours* | *Dollar Amount* |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $345 | 4.90 | $1,690.50 |
| **Associate** | Kris R. McDonald | $275 | 2.10 | $577.50 |
| **Paralegal** | Deb McKernan | $170 | 0.70 | $119.00 |
| **TOTAL** | | | | $2,387.00 |

As detailed on **Exhibit "A",** the costs for which Attorney seeks reimbursement total $5.40.

2. Employment and Payment of Professionals. As more fully set forth in **Exhibit "A"**, Attorney has performed professional services with respect to the employment and payment of professionals. In connection with this subject area, the following fees were incurred:

| *Title* | *Name* | *Hourly Rate(s)* | *Hours* | *Dollar Amount* |
|---|---|---|---|---|

3

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $345 | 2.90 | $1,000.50 |
| **Associate** | Kristofer McDonald | $275 | 7.00 | $1,925.00 |
| **Paralegal** | Danica Acosta | $120 | 2.00 | $240.00 |
| **Paralegal** | Deb McKernan | $170 | 4.10 | $697.00 |
| **TOTAL** | | | | $3,862.50 |

3. <u>Asset Analysis and Disposition</u>. As more fully set forth in **Exhibit "A",** Attorney reviewed and analyzed a personal injury claim and assisted with obtaining Court approval of a settlement for the Estate pursuant to FRBP Rule 9019.. In connection with this subject area, Attorney expended a total of:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $345 | 0.30 | $103.50 |
| **Associate** | Kris R. McDonald | $275 | 5.00 | $1,375.00 |
| **Paralegal** | Deb McKernan | $170 | 2.40 | $408.00 |
| **TOTAL** | | | | $1,886.50 |

## III. *<u>EVALUATION STANDARDS</u>*.

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to compensation therefor and that performance of same has benefited the estate.

B. Trustee has approved of the fees and costs sought herein.

## IV. *<u>CONCLUSION</u>*.

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

A. Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of $8,136.00, through Trustee's Final Report, for services provided herein for the period of August 31, 2020 through March 21, 2022; and,

B. Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $5.40 incurred herein through Trustee's Final Report; and,

C. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 22nd day of March, 2022.

**LANE & NACH, P.C.**

By    /s/ Adam B. Nach – 013622
      Adam B. Nach
      Attorneys for Trustee

4

| | |
|---|---|
| 1 | Copy of the foregoing delivered<br>via electronic Court notification to: |
| 2 | |
| 3 | Kenneth L. Neeley<br>Neeley Law Firm, PLC<br>1120 S. Dobson Rd., Ste. 230 |
| 4 | Chandler, AZ 85286<br>Email: ecf@neeleylaw.com |
| 5 | |
| 6 | Office of U.S. Trustee<br>230 North First Avenue<br>Phoenix, AZ 85003 |
| 7 | Email: Renee.S.Shamblin@usdoj.gov<br>Email: ustpregion14.px.ecf@usdoj.gov |
| 8 | |
| 9 | By____/s/ Danica Acosta_____ |

# EXHIBIT "A"

|  |  | Hours to Bill | Amount |  |
|---|---|---|---|---|
| Subtotal for Timekeeper 2 | Billable | 4.90 | 1,690.50 | ADAM B. NACH |
| Subtotal for Timekeeper 14 | Billable | 2.10 | 577.50 | KRISTOFER R. MCDONALD |
| Subtotal for Timekeeper 16 | Billable | 0.70 | 119.00 | DEB MCKERNAN |
| **Total for Category 101** | Billable | 7.70 | 2,387.00 | CASE ADMINISTRATION |
| Subtotal for Timekeeper 2 | Billable | 2.90 | 1,000.50 | ADAM B. NACH |
| Subtotal for Timekeeper 12 | Billable | 2.00 | 240.00 | DANICA ACOSTA |
| Subtotal for Timekeeper 14 | Billable | 7.00 | 1,925.00 | KRISTOFER R. MCDONALD |
| Subtotal for Timekeeper 16 | Billable | 4.10 | 697.00 | DEB MCKERNAN |
| **Total for Category 102** | Billable | 16.00 | 3,862.50 | PROFESSIONAL EMPLOYMENT/ FEES |
| Subtotal for Timekeeper 2 | Billable | 0.30 | 103.50 | ADAM B. NACH |
| Subtotal for Timekeeper 14 | Billable | 5.00 | 1,375.00 | KRISTOFER R. MCDONALD |
| Subtotal for Timekeeper 16 | Billable | 2.40 | 408.00 | DEB MCKERNAN |
| **Total for Category 104** | Billable | 7.70 | 1,886.50 | ASSET ANALYSIS & DISPOSITION |

**GRAND TOTALS**

| | Billable | 31.40 | 8,136.00 | |
|---|---|---|---|---|

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ  85016

Telephone: (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

STANLEY KARTCHNER
7090 N. ORACLE RD #178-204
TUCSON, AZ   85704

Statement Date:	March 21, 2022
Statement No.	96808
Account No.	11012.748

Page: 1

RE: GARCIA, RENE

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/28/2020 | ABN | REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR DEBTOR REGARDING PI; REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING PI ACTION; ATTENTION TO NEW CASE ISSUES. | 345.00 | 0.30 | 103.50 |
| 08/31/2020 | KRM | REVIEW FILE, SCHEDULES, DOCKET; EVALUATE AND ASSESS ISSUES IN THE CASE. | 275.00 | 0.50 | 137.50 |
| 09/01/2020 | ABN | REVIEW NOTICE OF CLAIMS BAR DATE. | 345.00 | 0.10 | 34.50 |
| 09/21/2020 | ABN | REVIEW FILE; CASE STATUS REPORT TO TRUSTEE. | 345.00 | 0.30 | 103.50 |
| 12/21/2020 | ABN | REVIEW FILE; CASE STATUS REPORT TO TRUSTEE. | 345.00 | 0.30 | 103.50 |
| 02/17/2021 | ABN | REVIEW FILE; CASE STATUS REPORT TO TRUSTEE. | 345.00 | 0.20 | 69.00 |
| 05/20/2021 | ABN | REVIEW FILE; CASE STATUS REPORT TO TRUSTEE. | 345.00 | 0.20 | 69.00 |
| 06/30/2021 | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING SETTLEMENT. | 345.00 | 0.20 | 69.00 |
| 07/02/2021 | ABN | REVIEW AND EXECUTE 9019 AND NOTICE OF OF THE 9019. | 345.00 | 0.20 | 69.00 |
| 07/19/2021 | KRM | EDIT, REVIEW, REVISE DRAFT LETTER TO CREDITORS REGARDING CASE ADMINISTRATION AND PROOFS OF CLAIM. | 275.00 | 0.30 | 82.50 |
| 10/19/2021 | ABN | REVIEW FILE; CASE STATUS REPORT TO TRUSTEE. | 345.00 | 0.20 | 69.00 |
| 01/11/2022 | ABN | REVIEW AND ANALYZE FILE; CLOSING MEMORANDUM TO TRUSTEE. | 345.00 | 0.80 | 276.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING ABANDONMENT OF PROCEEDS. | 345.00 | 0.20 | 69.00 |

Page: 2
03/21/2022
Account No: 11012-748
Statement No: 96808

STANLEY KARTCHNER

GARCIA, RENE

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 01/27/2022 | KRM | ANALYZE ISSUE REGARDING CASE CLOSURE BASED ON DIFFERENCE BETWEEN AMOUNTS ON HAND AND GROSS SETTLEMENT AMOUNT IN 9019 ORDER. | 275.00 | 0.30 | 82.50 |
| 01/28/2022 | KRM | REVIEW AND ANALYZE FILE REGARDING ABANONMENT OF PROPERTY. | 275.00 | 0.40 | 110.00 |
| | KRM | DRAFT NOTICE OF ABANDONMENT OF BALANCE OF NET SETTLEMENT PROCEEDS. | 275.00 | 0.30 | 82.50 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING ABANDONMENT. | 345.00 | 0.10 | 34.50 |
| 01/31/2022 | ABN | REVIEW, REVISE AND EDIT ABANDONMENT NOTICE; REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING SAME. | 345.00 | 0.20 | 69.00 |
| | ABN | REVIEW FILE; REVIEW EMAILS; EVALUATE CHANGES TO ABANDONMENT; TELEPHONE CONFERENCE WITH TRUSTEE REGARDING ABANDONMENT; REVIEW, REVISE AND EDIT ABANDONMENT PER TRUSTEE. | 345.00 | 0.60 | 207.00 |
| 02/01/2022 | DJM | FINALIZE AND FILE NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY; SERVE COPIES OF THE SAME VIA EMAIL. | 170.00 | 0.20 | 34.00 |
| | ABN | REVIEW AND EXECUTE NOTICE OF ABANDONMENT. | 345.00 | 0.10 | 34.50 |
| 02/04/2022 | ABN | REVIEW BNC CERTIFICATE OF SERVICE REGARDING ABANDONMENT. | 345.00 | 0.10 | 34.50 |
| | DJM | DOWNLOAD AND SAVE BNC; CALENDAR DEADLINE TO OBJECT TO NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY. | 170.00 | 0.10 | 17.00 |
| 02/22/2022 | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF NO OBJECTION AND ORDER APPROVING ABANDONMENT. | 275.00 | 0.30 | 82.50 |
| 02/23/2022 | DJM | REVIEW COURT DOCKET FOR OBJECTIONS; PREPARE CERTIFICATE OF NO OBJECTION AND PROPOSED ABANDONMENT ORDER. | 170.00 | 0.40 | 68.00 |
| 03/21/2022 | ABN | ATTENTION TO CLOSING CASE ISSUES. | 345.00 | 0.80 | 276.00 |
| | | CASE ADMINISTRATION | | 7.70 | 2,387.00 |
| 08/31/2020 | DLA | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 120.00 | 1.00 | 120.00 |
| | KRM | EMAIL CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING EMPLOYMENT IN THE CASE. | 275.00 | 0.10 | 27.50 |
| | ABN | REVIEW APPLICATION TO EMPLOY AND ORDER; REVIEW FILE FOR CONFLICTS. | 345.00 | 0.40 | 138.00 |
| 09/02/2020 | KRM | DRAFT EMAIL TO PROSPECTIVE SPECIAL COUNSEL REGARDING THE BANKRUPTCY AND THE PROCEDURES FOR EMPLOYMENT OF SPECIAL COUNSEL AND OBTAINING COURT APPROVAL FOR THE SETTLEMENT. | 275.00 | 0.30 | 82.50 |

Page: 3
03/21/2022
Account No:     11012-748
Statement No:        96808

STANLEY KARTCHNER

GARCIA, RENE

| Date | | | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 09/09/2020 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING EMPLOYMENT AND FEE SPLIT. | 275.00 | 0.20 | 55.00 |
| | KRM | TELEPHONE CONFERENCE WITH SPECIAL COUNSEL REGARDING EMPLOYMENT OF ADDITIONAL FIRMS. | 275.00 | 0.20 | 55.00 |
| 09/17/2020 | KRM | REVIEW CORRESPONDENCE, DRAFT EMAIL TO SPECIAL COUNSEL REGARDING STATUS OF EMPLOYMENT DOCUMENTS. | 275.00 | 0.20 | 55.00 |
| 09/23/2020 | KRM | REVIEW FILE, CONTINUE TO STRATEGIZE REGARDING EMPLOYMENT OF SPECIAL COUNSEL IN LIGHT OF INFORMATION PROVIDED REGARDING PLAINTIFF'S STEERING COMMITTEE. | 275.00 | 0.40 | 110.00 |
| | DJM | DRAFT TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS | 170.00 | 1.20 | 204.00 |
| | KRM | BEGIN TO EDIT, REVIEW, REVISE DRAFT APPLICATION TO EMPLOY SPECIAL COUNSEL. | 275.00 | 0.40 | 110.00 |
| 09/25/2020 | DJM | DRAFT DECLARATIONS OF SPECIAL COUNSEL FOR ATTORNEY REVIEW AND REVISION. | 170.00 | 0.50 | 85.00 |
| | KRM | EDIT, REVIEW, REVISE DECLARATIONS OF SPECIAL COUNSEL AND STRATEGIZE REGARDING EMPLOYMENT. | 275.00 | 0.30 | 82.50 |
| | DJM | PREPARE PROPOSED ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS. | 170.00 | 0.30 | 51.00 |
| | KRM | EDIT, REVIEW, REVISE ORDER REGARDING SPECIAL COUNSEL. | 275.00 | 0.20 | 55.00 |
| 09/28/2020 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING CORRECTIONS AS TO PROPOSED FEE SPLIT AND FIRMS TO EMPLOY. | 275.00 | 0.30 | 82.50 |
| | DJM | REVIEW SPECIAL COUNSEL'S EMAIL AND REVISION TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS; DECLARATIONS SPECIAL COUNSEL; DECLARATIONS AND PROPOSED FORM OF ORDER. | 170.00 | 0.40 | 68.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT APPLICATION TO EMPLOY SPECIAL COUNSEL, DECLARATIONS, AND PROPOSED ORDER, IN LIGHT OF NEW INFORMATION PROVIDED BY JEFFREY GLASSMAN, LLC. | 275.00 | 0.30 | 82.50 |
| 10/09/2020 | KRM | DRAFT MEMORANDUM TO FILE REGARDING EMPLOYMENT OF SPECIAL COUNSEL. | 275.00 | 0.30 | 82.50 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING EMPLOYMENT OF SPECIAL COUNSEL. | 345.00 | 0.20 | 69.00 |
| 10/13/2020 | KRM | DRAFT EMAIL TO SPECIAL COUNSEL REGARDING DRAFT APPLICATION TO EMPLOY AND NEXT STEPS. | 275.00 | 0.20 | 55.00 |
| 10/21/2020 | KRM | RECEIPT AND REVIEW OF SIGNED SPECIAL COUNSEL DECLARATIONS, FINALIZE DRAFT APPLICATION TO EMPLOY AND PROPOSED ORDER. | 275.00 | 0.30 | 82.50 |

Page: 4
03/21/2022
Account No: 11012-748
Statement No: 96808

STANLEY KARTCHNER

GARCIA, RENE

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | DJM | FINALIZE AND FILE TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS AND DECLARATIONS SPECIAL COUNSEL; LODGE PROPOSED FORM OF ORDER; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.30 | 51.00 |
| | ABN | REVIEW AND EXECUTE APPLICATION TO EMPLOY SPECIAL COUNSEL. | 345.00 | 0.10 | 34.50 |
| 10/22/2020 | KRM | REVIEW ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL AND EMAIL SAME TO SPECIAL COUNSEL ALONG WITH EXPLANATION OF THE NEXT STEPS. | 275.00 | 0.20 | 55.00 |
| 11/04/2020 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING DEBTOR'S OBJECTION TO EMPLOYMENT. | 275.00 | 0.20 | 55.00 |
| | KRM | RECEIPT AND REVIEW OF DEBTOR'S OBJECTION TO EMPLOYMENT OF SPECIAL COUNSEL. | 275.00 | 0.40 | 110.00 |
| 11/05/2020 | KRM | TELEPHONE CALL FROM DEBTOR'S COUNSEL REGARDING PENDING OBJECTION. | 275.00 | 0.20 | 55.00 |
| | KRM | EMAIL CORRESPONDENCE WITH SPECIAL COUNSEL REGARDING PENDING OBJECTION TO EMPLOYMENT. | 275.00 | 0.20 | 55.00 |
| 11/06/2020 | KRM | TELEPHONE CALL FROM SPECIAL COUNSEL REGARDING DEBTOR'S PENDING OBJECTION TO EMPLOYMENT AND STATUS OF RELATED CASE LAW. | 275.00 | 0.20 | 55.00 |
| 11/17/2020 | KRM | RECEIPT AND REVIEW OF ORDER TO SHOW CAUSE REGARDING DEBTOR'S MOTION FOR RECONSIDERATION. | 275.00 | 0.20 | 55.00 |
| | KRM | DRAFT EMAIL TO DEBTOR'S COUNSEL REGARDING ORDER TO SHOW CAUSE. | 275.00 | 0.10 | 27.50 |
| | KRM | EMAIL CORRESPONDENCE WITH SPECIAL COUNSEL REGARDING ORDER TO SHOW CAUSE. | 275.00 | 0.10 | 27.50 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING ORDER TO SHOW CAUSE AND SPECIAL COUNSEL. | 345.00 | 0.20 | 69.00 |
| 11/24/2020 | DJM | PREPARE STIPULATION TO EXTEND THE DEADLINE FOR TRUSTEE TO FILE A RESPONSE TO DEBTOR'S MOTION TO RECONSIDER AND PROPOSED FORM OF ORDER. | 170.00 | 0.50 | 85.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT STIPULATION TO EXTEND TRUSTEE'S ANSWERING DEADLINE AND PROPOSED ORDER IN SUPPORT. | 275.00 | 0.40 | 110.00 |
| 11/25/2020 | DJM | FINALIZE AND FILE STIPULATION TO EXTEND THE DEADLINE FOR TRUSTEE TO FILE A RESPONSE TO DEBTOR'S MOTION TO RECONSIDER, AS SET FORTH IN THE COURT'S ORDER TO SHOW CAUSE DATED NOVEMBER 16, 2020 [DKT. 31]; LODGE PROPOSED FORM OF ORDER; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.20 | 34.00 |
| | ABN | REVIEW AND EXECUTE STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO RECONSIDER. | 345.00 | 0.10 | 34.50 |

Page: 5
03/21/2022
Account No: 11012-748
Statement No: 96808

STANLEY KARTCHNER

GARCIA, RENE

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 12/21/2020 | KRM | DRAFT EMAIL TO DEBTOR'S COUNSEL REGARDING RESOLUTION OF DISPUTE WITH SPECIAL COUNSEL. | 275.00 | 0.20 | 55.00 |
| 01/21/2021 | DJM | PREPARE SECOND STIPULATION TO EXTEND THE DEADLINE FOR TRUSTEE TO FILE A RESPONSE TO DEBTOR'S MOTION TO RECONSIDER AND PROPOSED FORM OF ORDER. | 170.00 | 0.30 | 51.00 |
|  | KRM | EDIT, REVIEW, REVISE DRAFT SECOND STIPULATION TO EXTEND ANSWERING DEADLINE TO ORDER TO SHOW CAUSE AND FORM OF ORDER. | 275.00 | 0.20 | 55.00 |
|  | KRM | DRAFT EMAIL TO DEBTOR'S COUNSEL REGARDING REGARDING DRAFT STIPLUATION. | 275.00 | 0.20 | 55.00 |
| 01/22/2021 | DJM | FINALIZE AND FILE SECOND STIPULATION TO EXTEND THE DEADLINE FOR TRUSTEE TO FILE A RESPONSE TO DEBTOR'S MOTION TO RECONSIDER; LODGE PROPOSED FORM OF ORDER; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.20 | 34.00 |
|  | ABN | REVIEW AND EXECUTE 2ND STIPULATION. | 345.00 | 0.10 | 34.50 |
| 01/25/2021 | DJM | DOWNLOAD AND SAVE SIGNED ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR TRUSTEE TO FILE A RESPONSE; CALENDAR DEADLINE TO FILE A RESPONSE. | 170.00 | 0.20 | 34.00 |
| 02/23/2021 | KRM | RECEIPT AND REVIEW OF DRAFT 9019 MOTION. | 275.00 | 0.30 | 82.50 |
|  | KRM | DRAFT MEMORANDUM TO FILE REGARDING PROPOSE 9019 TERMS. | 275.00 | 0.20 | 55.00 |
| 03/01/2021 | ABN | REVIEW AND ANALYZE DEBTOR'S AGREEMENT WITH SPECIAL COUNSEL; REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING SAME. | 345.00 | 0.30 | 103.50 |
| 03/02/2021 | ABN | REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE REGARDING AGREEMENT BETWEEN DEBTOR AND SPECIAL COUNSEL. | 345.00 | 0.20 | 69.00 |
| 03/08/2021 | ABN | REVIEW FILED 9019 WITH DEBTOR AND SPECIAL COUNSEL; REVIEW NOTICE. | 345.00 | 0.30 | 103.50 |
| 06/07/2021 | ABN | REVIEW ORDER GRANTING DEBTOR'S 9019. | 345.00 | 0.10 | 34.50 |
| 03/21/2022 | DLA | FINALIZE TRUSTEE ATTORNEY FEE APPLICATION AND RELATED DOCUMENTS. | 120.00 | 1.00 | 120.00 |
|  | ABN | REVIEW, REVISE AND EDIT INVOICES TO COMPLY WITH UST GUIDELINES; REVIEW, REVISE AND EDIT FEE APPLICATION. | 345.00 | 0.90 | 310.50 |
|  |  | PROFESSIONAL EMPLOYMENT/ FEES |  | 16.00 | 3,862.50 |
| 03/02/2021 | KRM | EMAIL CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING 9019 DRAFT. | 275.00 | 0.20 | 55.00 |

Page: 6
03/21/2022
Account No: 11012-748
Statement No: 96808

STANLEY KARTCHNER

GARCIA, RENE

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/2021 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING MEDICAL LIENS. | 275.00 | 0.20 | 55.00 |
| 06/07/2021 | KRM | DRAFT EMAIL TO SPECIAL COUNSEL REGARDING STATUS OF INJURY CLAIM IN LIGHT OF APPROVAL OF SETTLEMENT REGARDING ATTORNEY FEES AND COSTS. | 275.00 | 0.20 | 55.00 |
| 06/14/2021 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING STATUS OF SETTLEMENT OF PAYMENT. | 275.00 | 0.20 | 55.00 |
| 06/21/2021 | KRM | DRAFT EMAIL TO SPECIAL COUNSEL REQUESTING UPDATED SETTLMENT STATEMENT. | 275.00 | 0.20 | 55.00 |
| 06/22/2021 | KRM | DRAFT MEMORANDUM TO FILE REGARDING TERMS OF SETTLEMENT. | 275.00 | 0.30 | 82.50 |
| 06/30/2021 | DJM | BEGIN DRAFT OF TRUSTEE'S MOTION TO COMPROMISE A CLAIM OF THE ESTATE AND COMPENSATE SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS. | 170.00 | 1.10 | 187.00 |
|  | KRM | ASSESS ISSUE REGARDING POTENTIAL PAYMENT OF MDL FEE. | 275.00 | 0.20 | 55.00 |
| 07/01/2021 | KRM | EDIT, REVIEW, REVISE DRAFT 9019 MOTION. | 275.00 | 0.50 | 137.50 |
|  | DJM | PREPARE NOTICE OF TRUSTEE'S MOTION TO COMPROMISE A CLAIM OF THE ESTATE AND COMPENSATE SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS. | 170.00 | 0.30 | 51.00 |
|  | KRM | EDIT, REVIEW, REVISE DRAFT NOTICE OF 9019 MOTION. | 275.00 | 0.30 | 82.50 |
|  | KRM | REVIEW FILE REGARDING DRAFTING 9019. | 275.00 | 0.40 | 110.00 |
| 07/02/2021 | DJM | FINALIZE AND FILE TRUSTEE'S MOTION TO COMPROMISE A CLAIM OF THE ESTATE AND COMPENSATE SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS AND NOTICE OF BAR DATE. | 170.00 | 0.20 | 34.00 |
| 07/05/2021 | ABN | REVIEW BNC CERTITFACTE OF SERVICE REGARDING 9019. | 345.00 | 0.10 | 34.50 |
| 07/06/2021 | DJM | DOWNLOAD AND SAVE BNC; CALENDAR DEADLINE TO OBJECT TO TRUSTEE'S MOTION TO COMPROMISE A CLAIM OF THE ESTATE AND COMPENSATE SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS. | 170.00 | 0.10 | 17.00 |
| 08/09/2021 | DJM | PREPARE CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER APPROVING TRUSTEE'S MOTION TO COMPROMISE A CLAIM OF THE ESTATE AND COMPENSATE SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS | 170.00 | 0.50 | 85.00 |

STANLEY KARTCHNER

GARCIA, RENE
Page: 7
03/21/2022
Account No: 11012-748
Statement No: 96808

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/10/2021 | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF NO OBJECTION AND ORDER APPROVING 9019 MOTION. | 275.00 | 0.40 | 110.00 |
| 08/11/2021 | DJM | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION; LODGE PROPOSED ORDER APPROVING TRUSTEE'S MOTION TO COMPROMISE A CLAIM OF THE ESTATE AND COMPENSATE SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.20 | 34.00 |
|  | ABN | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION; REVIEW AND EXECUTE LODGING JUDGMENT. | 345.00 | 0.20 | 69.00 |
| 08/16/2021 | KRM | DRAFT EMAIL TO SPECIAL COUNSEL REGARDING APPROVAL OF SETTLEMENT AND PAYMENT INSTRUCTIONS. | 275.00 | 0.20 | 55.00 |
| 09/15/2021 | KRM | REVIEW FILE, EVALUATE AND ASSESS STATUS OF RELEASE OF SETTLEMENT FUNDS. | 275.00 | 0.20 | 55.00 |
| 10/15/2021 | KRM | EMAIL CORRESPONDENCE WITH SPECIAL COUNSEL REGARDING STATUS OF SETTLEMENT FUNDS AND RELEASE. | 275.00 | 0.20 | 55.00 |
| 01/03/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING STATUS OF DISTRIBUTION OF PROCEEDS. | 275.00 | 0.20 | 55.00 |
| 01/10/2022 | KRM | REIVEW 9019 ORDER AND EMAIL FROM SPECIAL COUNSEL; ANALYZE ISSUE REGARDING CHANGE IN LIEN AMOUNTS, EXPENSES AND MDL FEE. | 275.00 | 0.40 | 110.00 |
| 01/11/2022 | KRM | DRAFT MEMORANDUM TO FILE REGARDING POTENTIAL AMENDMENT OF 9019 ORDER AND PROPOSED PARTIAL DISTRIBUTION. | 275.00 | 0.30 | 82.50 |
| 01/13/2022 | KRM | DRAFT EMAIL TO SPECIAL COUNSEL REGARDING PARTIAL DISTIRBUTION. | 275.00 | 0.20 | 55.00 |
| 01/20/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM SPECIAL COUNSEL REGARDING ISSUANCE OF CHECK. | 275.00 | 0.20 | 55.00 |
|  |  | ASSET ANALYSIS & DISPOSITION |  | 7.70 | 1,886.50 |
|  |  | For Current Services Rendered |  | 31.40 | 8,136.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 8.10 | $345.00 | $2,794.50 |
| DANICA ACOSTA | 2.00 | 120.00 | 240.00 |
| KRISTOFER R. MCDONALD | 14.10 | 275.00 | 3,877.50 |
| DEB MCKERNAN | 7.20 | 170.00 | 1,224.00 |

STANLEY KARTCHNER			Page: 8
			03/21/2022
			Account No:    11012-748
			Statement No:        96808
GARCIA, RENE

<u>Expenses</u>

| 03/16/2022 | PACER FEE | 5.40 |
| | Total Expenses | 5.40 |
| | Total Current Work | 8,141.40 |
| | **Balance Due** | **$8,141.40** |