In re:     Case No. 14-03635-SHG
RENE R GARCIA     Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4    User: admin    Page 1 of 2
Date Rcvd: Apr 08, 2022    Form ID: pdf001    Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | RENE R GARCIA, 126 S SYCAMORE ST, FLORENCE, AZ 85132-9528 |
| 12838612 | + | Banner Desert Medical Center, PO Box 18, Phoenix AZ 85001-0018 |
| 12838617 | + | E Service Collections c/o AZ Reproductiv, PO Box 3324, Apache Junction AZ 85117-4121 |
| 12838620 | + | Gurstel Chargo PA, 9320 East Raintree Drvie, Scottsdale AZ 85260-2072 |
| 12838622 | + | Loan Max, 11520 Apache Trail, Apache Junction AZ 85120-3523 |
| 16202695 | + | Qwest Corporation dba CenturyLink QC, Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal-BKY), Broomfield, CO 80021-8254 |
| 12838623 | + | Ralph Navarette, 1233 W 6th Ave, Apache Junction AZ 85120-6649 |
| 12838628 | + | Superior Court - Clerk of the Court, RE Case#:CV2013-02269, 601 W. Jackson, Phoenix AZ 85003-2436 |
| 12838629 | + | Wells Fargo Bank, 1250 Montego Way, Walnut Creek CA 94598-2875 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12838611 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Apr 08 2022 22:28:00 | Autovest, LLC, PO Box 2247, Southfield MI 48037-2247 |
| 12838610 | | Email/Text: bankruptcynotices@azdor.gov | Apr 08 2022 22:28:00 | Arizona Department of Revenue, Special Operations Section, 1600 W. Monroe, Room 720, Phoenix AZ 85007-2612 |
| 16210037 | | Email/Text: CCICollectionsGlobalForms@cox.com | Apr 08 2022 22:29:08 | COX COMMUNICATIONS, C/O WANDA OWENS, 1341 CROSSWAYS BLVD, CHESAPEAKE VA 23320 |
| 12838613 | | Email/Text: bmg.bankruptcy@centurylink.com | Apr 08 2022 22:29:00 | Century Link, PO Box 91155, Seattle WA 98111-9255 |
| 12838614 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Apr 08 2022 22:29:03 | Cox Communications, PO Box 78071, Phoenix AZ 85062-8071 |
| 12838615 | | Email/Text: G06041@att.com | Apr 08 2022 22:29:00 | DirecTV, P.O. Box 78626, Phoenix AZ 85062 |
| 12838616 | + | Email/Text: Bankruptcy.Consumer@dish.com | Apr 08 2022 22:28:00 | Dish Network, PO Box 6633, Englewood CO 80155-6633 |
| 12838618 | | Email/Text: bknotice@ercbpo.com | Apr 08 2022 22:29:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Rd., Jacksonville FL 32256-7412 |
| 12838620 | + | Email/Text: bankruptcy@gurstel.com | Apr 08 2022 22:28:00 | Gurstel Chargo PA, 9320 East Raintree Drvie, Scottsdale AZ 85260-2072 |
| 12838621 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 22:28:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 12838625 | | Email/Text: bk@rgsfinancial.com | Apr 08 2022 22:28:00 | RGS Financial, PO Box 852039, Richardson TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 75085-2039 |
| 12838624 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 08 2022 22:29:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood WA 98036-7744 |
| 12838627 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 08 2022 22:30:53 | Sprint Nextel, Bankruptcy Department, PO Box 7949, Overland Park KS 66207-0949 |
| 12838626 | + | Email/Text: bankruptcy@speedyinc.com | Apr 08 2022 22:28:00 | Speedy Cash, 3611 N. Ridge Road #104, Wichita KS 67205-1214 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 12838619 | ##+ | Gilbert Hospital, 5656 South Power Road, Gilbert AZ 85295-8491 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

**Name** **Email Address**

ADAM 1 NACH
on behalf of Trustee STANLEY J KARTCHNER adam.nach@lane-nach.com
sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com

ADAM B. NACH
on behalf of Trustee STANLEY J KARTCHNER adam.nach@lane-nach.com
danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com,sheila.rochin@lane-nach.com

KENNETH L NEELEY
on behalf of Debtor RENE R GARCIA ecf@neeleylaw.com
r50688@notify.bestcase.com,ecfmail@neeleylaw.com,NeeleyLawFirmPLC@jubileebk.net

STANLEY J KARTCHNER
trustee@aztrustee.com   skartchner@ecf.axosfs.com,michelle.duron@aztrustee.com,sunny.duron@aztrustee.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: §
§
GARCIA, RENE R § Case No. 4-14-BK-03635-SHG
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STANLEY J. KARTCHNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
GEORGE PRENTICE
US BANKRUPTCY COURT
230 N FIRST AVE., STE 101
PHOENIX, AZ 85003

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, and additional interest.

    Objections must be in writing and filed with a request for a hearing with the Clerk, U.S. Bankruptcy Court, 38 S Scott Ave., Tucson, AZ 85701, trustee, Stanley J. Kartchner, 7090 N. Oracle Rd. #178-204, Tucson, AZ 85704, and the United States Trustee, 230 N. 1st Ave., Suite 204, Phoenix, Az. 85003-1706. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: GEORGE D. PRENTICE
                                                                               CLERK, U.S. BANKRUPTCY COURT

*Stanley J. Kartchner*
*7090 N. Oracle Rd. #178-204*
*Tucson, AZ 85704*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: §
§
GARCIA, RENE R § Case No. 4-14-BK-03635-SHG
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 63,069.30 |
| and approved disbursements of | $ | 39,411.00 |
| leaving a balance on hand of[1] | $ | 23,658.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Stanley J. Kartchner | $ 5,997.29 | $ 60.00 | $ 5,937.29 |
| Trustee Expenses: Stanley J. Kartchner | $ 21.30 | $ 0.00 | $ 21.30 |
| Attorney for Trustee Fees: ADAM B. NACH | $ 8,136.00 | $ 0.00 | $ 8,136.00 |
| Attorney for Trustee Expenses: ADAM B. NACH | $ 5.40 | $ 0.00 | $ 5.40 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 14,359.99 |
| Remaining Balance | $ 9,298.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,163.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | QWEST CORPORATION DBA CENTURYLINK QC | $ 714.18 | $ 0.00 | $ 714.18 |
| 000002 | COX COMMUNICATIONS | $ 449.43 | $ 0.00 | $ 449.43 |

Total to be paid to timely general unsecured creditors $ 1,163.61

Remaining Balance $ 8,134.70

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 11.20 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,123.50 .

Prepared By: /s/STANLEY J. KARTCHNER
CHAPTER 7 TRUSTEE

*Stanley J. Kartchner*
*7090 N. Oracle Rd. #178-204*
*Tucson, AZ 85704*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.